AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>**1:25-mj-02990** | Date and time warrant executed:<br>11/15/2025 0634 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>2 vials of blood taken from the body of Carter, Sheldon Jr. | | |

✓ _ FILED    ___ ENTERED
___ LOGGED    _____ RECEIVED

**9:49 am, Dec 12 2025**

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ TTD _____ Deputy

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    11/15/2025    _____

_____
Executing officer's signature
Julien Boone/Officer
_____
Printed name and title